IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUN 30 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| STEPHEN GBEJULE ODAIBO § | |
| Plaintiff, § | |
| vs. § | CIVIL ACTION No.: 4:25-CV-02743 |
| NOVARTIS PHARMACEUTICALS CORPORATION § § | |
| Defendant. § | |

## CERTIFICATE OF SERVICE OF PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff Stephen Gbejule Odaibo submits this certificate of service of Plaintiff's First Amended Complaint. Plaintiff's complaint was amended on June 30th, 2025 pursuant to Fed. R. Civ. P. Rule 15(a)(1). On June 30th, 2025, a copy of the amended complaint is being served by email on all counsel of record as listed below:

Stephen Gbejule Odaibo
16107 Kensington Drive
#182
Sugar Land, TX 77479
Telephone: +1 979.429.3815

PLAINTIFF STEPHEN GBEJULE
ODAIBO, PRO SE

Paul C. Llewellyn* - Attorney-in-Charge
Paul.Llewellyn@arnoldporter.com
New York Bar No. 2763712
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689

Amanda S. Thomson
Amanda.Thomson@arnoldporter.com
Texas Bar. No. 24082376
S.D. Tex. Bar No. 2932957
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2411
Fax: +1 713.576.2499

COUNSEL FOR DEFENDANT
NOVARTIS PHARMACEUTICALS
CORPORATION

Respectfully submitted,
By: /s/ Stephen G. Odaibo
16107 Kensington DR #182
Sugar Land, Texas 77479
Email: stephen.odaibo@gmail.com
Phone: (979) 429-3815

PLAINTIFF, PRO SE

### Certificate of Service

I hereby certify that on June 30th, 2025, the aforementioned document was filed in person at the District Clerk's Office. I also certify that, on June 30th, 2025, the aforementioned document is being served on all counsel of record by email.

/s/ Stephen G. Odaibo
Stephen Gbejule Odaibo

2