IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUN 3 0 2025

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| STEPHEN GBEJULE ODAIBO | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION No.: 4:25-CV-02743 |
| NOVARTIS PHARMACEUTICALS CORPORATION | § § | |
| Defendant. | § | |

## CERTIFICATE OF SERVICE OF
## ORDER FOR CONFERENCE, FORMS. AND RULES OF COURT

Plaintiff Stephen Gbejule Odaibo submits this certificate of service of the following documents on Defendant Novartis:

1. Order Setting Conference.

2. Form for Joint Report on meeting required by Fed R. Civ. P. Rule 26(f) and Joint Discovery/Case Management Plan.

3. Form for Proposed Docket Control & Scheduling Order form.

4. Required Contents of the Proposed Joint Pretrial Order.

5. Judge Andrew S. Hanen's Rules of Court:
   https://www.txs.uscourts.gov/content/united-states-district-judge-andrew-s-hanen-senior

Pursuant to paragraph 12 of the June 12, 2025 Order Setting Conference, all counsel of record are being served the aforementioned documents via email on June 30th, 2025. The counsel of record are listed below.

Stephen Gbejule Odaibo
16107 Kensington Drive
#182
Sugar Land, TX 77479
Telephone: +1 979.429.3815

PLAINTIFF STEPHEN GBEJULE ODAIBO, PRO SE

Paul C. Llewellyn* - Attorney-in-Charge
Paul.Llewellyn@arnoldporter.com
New York Bar No. 2763712
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689

Amanda S. Thomson
Amanda.Thomson@arnoldporter.com
Texas Bar. No. 24082376
S.D. Tex. Bar No. 2932957
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2411
Fax: +1 713.576.2499

COUNSEL FOR DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION

Respectfully submitted,
By: /s/ Stephen G. Odaibo
16107 Kensington DR #182
Sugar Land, Texas 77479
Email: stephen.odaibo@gmail.com
Phone: (979) 429-3815

PLAINTIFF, PRO SE

### Certificate of Service

I hereby certify that on June 30th, 2025, this certificate of service was filed in person at the District Clerk's Office. I also hereby certify that on June 30th, 2025, all counsel of record are being served the aforementioned documents by email.

/s/ Stephen G. Odaibo
Stephen Gbejule Odaibo