IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUN 3 0 2025

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| STEPHEN GBEJULE ODAIBO | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION No.: 4:25-CV-02743 |
| NOVARTIS PHARMACEUTICALS CORPORATION | § § | |
| Defendant. | § | |

**PLAINTIFF STEPHEN GBEJULE ODAIBO'S
CERTIFICATE OF INTERESTED PERSONS** (AMENDED)

Plaintiff Stephen Gbejule Odaibo submits this certificate of persons and entities that are financially interested in the outcome of this litigation:

1. Stephen Gbejule Odaibo
   16107 Kensington DR #182
   Sugar Land, Texas 77479
   Email: stephen.odaibo@gmail.com
   Phone: (979) 429-3815

Pursuant to paragraph 2 of the June 12, 2025 Order Setting Conference, Plaintiff Pro Se Stephen Gbejule Odaibo is listed below, as well as all known Attorneys-of-record of Defendant Novartis.

1

<div style="display: flex;">

Stephen Gbejule Odaibo
16107 Kensington Drive
#182
Sugar Land, TX 77479
Telephone: +1 979.429.3815

PLAINTIFF STEPHEN GBEJULE ODAIBO, PRO SE

Paul C. Llewellyn* - Attorney-in-Charge
Paul.Llewellyn@arnoldporter.com
New York Bar No. 2763712
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689

Amanda S. Thomson
Amanda.Thomson@arnoldporter.com
Texas Bar. No. 24082376
S.D. Tex. Bar No. 2932957
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2411
Fax: +1 713.576.2499

COUNSEL FOR DEFENDANT
NOVARTIS PHARMACEUTICALS
CORPORATION

</div>

Respectfully submitted,
By: /s/ Stephen G. Odaibo
16107 Kensington DR #182
Sugar Land, Texas 77479
Email: stephen.odaibo@gmail.com
Phone: (979) 429-3815

PLAINTIFF, PRO SE

### Certificate of Service

I hereby certify that on June 30th, 2025, the foregoing document was filed in person at the District Clerk's Office. I also certify that, on June 30th, 2025, this document is being served on all counsel and parties of record by email.

/s/ Stephen G. Odaibo
Stephen Gbejule Odaibo