United States District Court
Southern District of Texas

**ENTERED**
July 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-02743 |
|---|---|---|---|

| Stephen Gbejule Odaibo |
|---|
| *versus* |
| Novartis Pharmaceuticals Corporation |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Paul C. Llewellyn<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>212-836-7828   paul.llewellyn@arnoldporter.com<br>New York 2763712<br>S.D.N.Y.: PL8634 |
|---|---|

| Name of party applicant seeks to appear for: | Novartis Pharmaceuticals Corporation |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 6/27/2025 | Signed: *Paul C. Llewellyn* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 6/30/2025   Clerk's signature: *R. Harsh* |

**Order**

Dated: 6/30/25

This lawyer is admitted *pro hac vice*.

_____
United States District Judge