IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN GBEJULE ODAIBO, § <br> § <br> Plaintiff, § <br> § <br> v. §     NO. 4:25-CV-02743 <br> § <br> NOVARTIS PHARMACEUTICALS § <br> CORPORATION, § <br> § <br> Defendant. § <br> § | |

**[PROPOSED] ORDER GRANTING
DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
<u>PURSUANT TO RULE 12(B)</u>**

Having considered Defendant Novartis Pharmaceuticals Corporation's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Rule 12(b) (the "Motion to Dismiss"), applicable law, and all papers, exhibits, and arguments of counsel in support of and opposition to the Motion to Dismiss, it is the opinion of the Court that the Motion to Dismiss should be granted.

It is therefore ORDERED that the Motion to Dismiss is GRANTED with prejudice.

Signed this ____ day of _____, 2025.

 

                                                                                           _____
                                                                                           Hon. Randy R. Crane
                                                                                           Chief United States District Judge