| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | ☆ | **SOUTHERN DISTRICT OF TEXAS**<br>**HOUSTON DIVISION** |

| | | |
|---|---|---|
| STEPHEN GBEJULE ODAIBO | § § | |
| *versus* | § § | Civil Action H-4:25-cv-02743 |
| NOVARTIS PHARMACEUTICALS CORPORATION | § § | |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff STEPHEN GBEJULE ODAIBO and Defendant NOVARTIS PHARMACEUTICALS CORPORATION, having reached a mutually satisfactory resolution of the matter, hereby stipulate and agree, through their respective undersigned counsel, that the above-captioned action and all claims therein be and hereby are dismissed with prejudice, and without costs and disbursements or attorneys' fees to any party.

1

Dated: August 11, 2025

Respectfully submitted,

| | |
|---|---|
| STEPHEN GBEJULE ODAIBO | ARNOLD & PORTER KAYE SCHOLER LLP |
| By: *(signature)* | By: *(signature)* |
| Stephen Gbejule Odaibo | Paul C. Llewellyn* - Attorney-in-Charge |
| stephen.odaibo@gmail.com | Paul.Llewellyn@arnoldporter.com |
| 16107 Kensington DR #182 | New York Bar No. 2763712 |
| Sugar Land, Texas 77479 | 250 West 55th Street |
| Telephone: +1 979.429.3815 | New York, NY 10019-9710 |
| | Telephone: +1 212.836.8000 |
| **PLAINTIFF *PRO SE*** | Fax: +1 212.836.8689 |

Amanda S. Thomson
Amanda.Thomson@arnoldporter.com
Texas Bar No. 24082376
S.D. Tex. Bar No. 2932957
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2411
Fax: +1 713.576.2499

**COUNSEL FOR DEFENDANT
NOVARTIS PHARMACEUTICALS
CORPORATION**

*\* Admitted Pro Hac Vice*